## PETROLEUM EXPLORATION, a Corporation, Appellant,

### v.

### Charlie GRIMES, et al., Appellees.

Court of Appeals of Kentucky.

Feb. 3, 1961.

Roy W. House, Manchester, Allen Prewitt, Frankfort, for appellant.

John M. Lyttle, Manchester, for appellees.

PER CURIAM.

This is a motion for an appeal from a judgment granting appellees, Charlie Grimes and Callie Grimes, his wife, $1,800 from appellant, Petroleum Exploration, a corporation, for damages caused by the explosion of a natural gas transport line owned by appellant.

We have carefully considered the record and we find no errors therein prejudicial to the substantial rights of appellant.

Wherefore, the motion for an appeal is overruled and the judgment is affirmed.